IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAMELA NEWPORT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DELL INC., et al.,<br><br>　　　　Defendants. | No. CIV 08-096-TUC-CKJ (JCG)<br><br>**ORDER** |

　　　　On May 16, 2008, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation [Doc. # 49] in which she recommended that Plaintiff's Motion to Remand to State Court [Doc. # 31] be denied. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

　　　　Accordingly, after an independent review, IT IS ORDERED:

　　　　1.　　The Report and Recommendation [Doc. # 49] is ADOPTED, and;

　　　　2.　　Plaintiff's Motion to Remand to State Court [Doc. # 31] is DENIED.

　　　　DATED this 20th day of June, 2008.

_____
Cindy K. Jorgenson
United States District Judge